UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROOSEVELT BRIAN MOORE,<br><br>    Petitioner,<br><br>vs.<br><br>M. BITER, WARDEN,<br><br>    Respondent. | NO. CV 11-4256 JAK (FFM)<br><br>JUDGMENT |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 1, 2011

_____
JOHN A. KRONSTADT
United States District Judge